THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>$10,279 IN U.S. CURRENCY AND ANY ACCRUED INTEREST,<br><br>　　　　　　　Defendant. | CASE NO. C20-1807-JCC<br><br>ORDER |

This matter comes before the Court on a motion for authorization to represent Duncan Gibson in related a forfeiture action (Dkt. No. 8). Having thoroughly considered the motion and the relevant record, the Court hereby FINDS:

1. Mr. Gibson is financially unable to obtain representation by counsel;
2. Mr. Gibson is represented in connection with a related criminal case by Assistant Public Defenders Gregory Geist and Christopher Sanders, who were appointed under 18 U.S.C. § 3006A;
3. Mr. Gibson has standing to contest the forfeiture at issue in this matter; and
4. Mr. Gibson's claim appears to be made in good faith.

Accordingly, the Court GRANTS the motion (Dkt. No. 8) and ORDERS that Assistant Federal Public Defenders Gregory Geist and Christopher Sanders are authorized to represent

1  Duncan Gibson in the above-captioned matter.

2  DATED this 1st day of February 2021.

_____

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-1807-JCC
PAGE - 2