THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>$10,279 IN U.S. CURRENCY AND ANY ACCRUED INTEREST,<br><br>　　　　　　Defendant. | CASE NO. C20-1807-JCC<br><br>ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Duncan Gibson's motion for the withdrawal of Assistant Federal Public Defenders Gregory Geist and Christopher Sanders (Dkt. No. 10). Mr. Gibson informs the Court that he will not pursue a claim for any money or property in this matter and he requests leave for his public defenders to withdraw from the case. (*Id.*) The Government does not oppose the request. (*Id.*) Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion.

//

//

//

1     DATED this 3rd day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
